# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | **DOCKET NO:** 05-242 | **MAGIS. NO:** |
| V. <br><br> MICHAEL RICHARDS, a/k/a Paul Solomon, a/k/a Wayne | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** <br><br> Donnie Smith | |

| DOB: | | FILED <br> JUN 19 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
|---|---|---|
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;

AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(B)(iii); 21:841(a)(1) and 841(b)(1)(A)(iii); and 2

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:** <br> MAGISTRATE JUDGE FACCIOLA | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)** <br> *John M. Facciola* <br> U.S. MAGISTRATE JUDGE FACCIOLA | **DATE ISSUED:** <br> 6/23/05 |
| **CLERK OF COURT:** <br> Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:** <br> 6/23/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 6-19-07 | DAVID Baldwin | D Baldwin |
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |