UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )  Criminal Action No. 05-242 (EGS)<br>)<br>MICHAEL RICHARDS, *et al.*, )<br>)<br>Defendants.   )<br>) | **FILED**<br><br>JUN 2 1 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>ORDER</u>

In view of the June 5, 2007 Superseding Indictment in Criminal Case No. 06-306, which appears to incorporate all of the charges from the June 23, 2005 Indictment in Criminal Case No. 05-242, it is by the Court hereby

**ORDERED** that the government shall show cause by no later than **June 29, 2007** why the June 23, 2005 Indictment in Criminal Case No. 05-242 should not be dismissed.

**SO ORDERED.**

Signed:   Emmet G. Sullivan
         United States District Judge
         June 21, 2007

(N)